IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,

v.                                                                          1:06CR37-WS

JOAQUIN GOMES,                                        1:11cv284-WS

      Defendant.

_____

ORDER ADOPTING THE MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation (doc. 98) docketed March 29, 2013.  The magistrate judge recommends that the defendant's amended motion to vacate, set aside, or correct sentence (doc. 93) be dismissed as time-barred.  The defendant has filed no objections to the report and recommendation.

Upon review of the record, this court has determined that the magistrate judge's report and recommendation should be adopted.

Accordingly, it is ORDERED:

1.  The magistrate judge's report and recommendation (doc. 98) is hereby ADOPTED and incorporated by reference into this order.

2.  The defendant's amended motion to vacate, set aside, or correct sentence (doc. 93) is hereby DISMISSED as time-barred.

3.  The clerk shall enter judgment stating: "All claims are DISMISSED."

DONE AND ORDERED this _____5th_____ day of _____June_____, 2013.


s/ William Stafford
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE